# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER KNIGHT, ) | |
|      Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CIV- 16-1076D |
| ) | |
| G BIG, INC., ) | |
| ) | |
|      Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Heather Knight, hereby dismisses their claims in the above styled and numbered action with prejudice.

**IT IS STIPULATED AND AGREED** by and among all parties who have appeared in the above-captioned cause of action of Plaintiff, Heather Knight against G Big, Inc., is hereby dismissed with prejudice against filing of a future action thereon as to the Defendant. The parties further stipulate and agree that the parties' shall bear their own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED THIS 18 DAY OF OCTOBER, 2017.**

                                                                */s/Christa R. Uhland*
                                                                 Christa R. Uhland, OBA #30934
                                                                 Mazaheri Law Firm, PLLC
                                                                 3445 W. Memorial Rd. Ste. H
                                                                  Oklahoma City, OK 73134
                                                                  Telephone:   405.414.2222
                                                                  Facsimile:   405.607.4358
                                                                  christa@mazaherilaw.com
                                                                  *Attorney for Plaintiff*

>*/s/ William Wells*_____
>William Wells, OBA #14578
>WELLS LAW FIRM
>220 Court Plaza Building
>228 Robert S. Kerr Avenue
>Oklahoma City, OK 73102
>Telephone: 405.627.2275
>Facsimile:  405.239.2665
>E-Mail: billwells@web-law.com
>A*ttorneys for Defendant*